UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CASTRO V. DECASTRO,

    Petitioner,

vs.

ROBERT LEGRAND, *et al.*,

    Respondents.

Case No. 3:14-cv-00529-RCJ-WGC

**ORDER**

    Before the court is petitioner's letter requesting a copy of his petition (#7). He explains that the inmate law clerk who assisted him failed to make a copy or advise petitioner to make a copy.

    Petitioner further states that the court directed him to add a claim. Petitioner is expressly advised that the court did not direct him to add any claims. The court advised him as follows: that a petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim. Specifically, the court notes that petitioner sets forth nine grounds in his petition. At the end of the nine grounds, he states "also, see attached:

1  direct appeal and postconviction habeas for additional grounds and arguments" (#1-1, p. 19). Petitioner
2  is expressly advised that this vague reference to "additional grounds" does not state any additional
3  grounds in this petition. Currently before the court are the nine grounds set forth on pages 3-19 of the
4  petition. No other grounds or arguments are before the court. If petitioner seeks to include any other
5  grounds, he shall take action as described above as soon as possible.
6  **IT THEREFORE IS ORDERED** that the Clerk **SHALL SEND** to petitioner one copy of his
7  petition (#4).

Dated this 30th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE