# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CASTRO V. DECASTRO,

    Petitioner,

vs.

ROBERT LEGRAND, *et al.*,

    Respondents.

Case No. 3:14-cv-00529-RCJ-WGC

**ORDER**

    This habeas matter comes before the court on several motions filed by both parties. On February 2, 2015, petitioner filed what he styled a (second) motion for appointment of counsel and a statement of additional claims (ECF #9). Without responding to that motion, respondents filed a motion to dismiss on February 17, 2015 (ECF #11). Petitioner thereafter filed a third motion for appointment of counsel as well as a motion to stay proceedings (ECF #19).[1]

    In petitioner's so-called statement of additional claims he merely attached the state supreme court order affirming his judgment of conviction (ECF #9). He asserts that the state court order of affirmance shows seven additional claims that he is "unable to formulate for federal court review." *Id*. He states in his most recent motion for appointment of counsel that a language barrier exists, inmate

---

[1] This filing was docketed as two motions at ECF #s 19 and 20. The court shall cite to the motion as ECF #19.

law clerks have assisted him with every filing, he is handicapped, and the only part of any filing that he has written himself is his signature (ECF #s 19, 23).

Further, petitioner appears to misapprehend respondents' pending motion to dismiss, that is, his subsequent motion for counsel indicates that he believes that his petition is already subject to dismissal as unexhausted and conclusory merely because respondents have filed a motion arguing as such (ECF #19). Based on petitioner's filings subsequent to this court's order serving his original petition and his sentence of twenty years to life, the court now concludes that appointment of counsel is appropriate.

In light of the appointment of counsel, respondents' motion to dismiss (ECF #11) shall be denied without prejudice as premature.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF#9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada ("FPD") is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF #4). The FPD shall have thirty (30) days from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of a first amended petition.

**IT IS FURTHER ORDERED** that respondents' motion to dismiss (ECF #11) is **DENIED** without prejudice as premature.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time (ECF #10) is **GRANTED** *nunc pro tunc*.

1  **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel and to stay
2  the proceedings (ECF #s 19, 20) is **DENIED** as moot.

4  Dated this 28th day of April, 2015.

   _____
   UNITED STATES DISTRICT JUDGE